# WHIPPLE AZZARELLO, LLC

### Attorneys at Law

_____

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
**whippleazzarellolaw.com**

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

March 31, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
40 Foley Square
New York, New York 10007

   Re: _United States v. Valdin O'Donnell_, 19 Cr. 935 (LGS)

Dear Judge Schofield:

  On behalf of both parties, please accept this letter in lieu of a more formal submission in response to Your Honor's request that counsel provide the Court with a status report on the progress of Defendant Valdin O'Donnell as he pursued in-patient and out-patient drug and alcohol treatment following the entry of his guilty plea on February 3, 2020.

  On February 11, 2020, with the approval and recommendation of Pretrial Services and authorization from the Court, Defendant Valdin O'Donnell traveled from New Jersey to Naples, Florida where he was admitted to the Hazelden Betty Ford Rehabilitation Clinic's in-patient treatment program.  Initially, Mr. O'Donnell's health insurance provider, United Health, approved full-time in-patient treatment for two weeks.  Specifically, United Health conducted weekly status reviews with Clinic representatives to measure Mr. O'Donnell's progress and determine the level of treatment needed going forward.

  On or about February 25, 2020, after approximately two weeks of intensive in-patient treatment, Mr. O'Donnell was stepped down to "Day Treatment" which essentially meant United Health agreed to continue to cover the costs of treatment going forward but not his housing.  Mr. O'Donnell was faced with the option of either finding housing outside the Betty Ford Clinic or paying $1,000 per week to maintain his bed at the Clinic.  Mr. O'Donnell chose to pay for his bed and remained at the Betty Ford Clinic 24 hours a day.  The treatment schedule did not change and he attended group sessions for 8 hours a day.

On or about March 3, United Health determined Mr. O'Donnell was ready to step down to an Intensive Outpatient Program.  Mr. O'Donnell was given the option to participate in an IOP in either Naples or New York.  He chose New York and returned home from Naples on March 4.  Attached for Your Honor's reference and review are copies of the following:  1) Mr. O'Donnell's Master Treatment Plan from Hazelden Betty Ford; 2) Mr. O'Donnell's discharge summary from Hazelden Betty Ford dated March 4, 2020 and 3) correspondence from

Hazelden's representative, Mayra Cardenas-Flynn, to defense counsel John Azzarello, dated March 30, 2020, confirming the dates Mr. O'Donnell attended the in-patient program as well as his successful completion of the program.

After he returned from Florida, Mr. O'Donnell was scheduled to begin IOP on March 16 because there were no programs in which he could participate in New York prior to that date.  In the interim, Mr. O'Donnell attended Narcotics Anonymous and Gamblers Anonymous meetings twice a day from March 5 through March 13.  Unfortunately, due to the Covid-19 Pandemic and the President's declaration of a National Emergency, Betty Ford was forced to suspend the IOP program in New York.  Mr. O'Donnell started to observe social distancing recommendations on March 13 and essentially has been confined to his home since that time.

Moreover, since his return to New York from Florida on March 4, Mr. O'Donnell has reported to U.S. Pretrial Services in SDNY and provided a negative urine sample.  He is currently reporting electronically to SDNY Pretrial Services and is in full compliance with their conditions of release.  Further, Mr. O'Donnell is scheduled to begin virtual IOP meetings this week.

Please advise us at Your convenience if Your Honor requires any additional information regarding the progress of Mr. O'Donnell as he continues to undergo drug treatment.

Respectfully Submitted,

WHIPPLE AZZARELLO, LLC
By: /s/ John A. Azzarello
     John A. Azzarello

Encls. (Submitted Under Seal)