```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------- x

UNITED STATES OF AMERICA        :
                                        ORDER
     -v.-                       :
                                        19 Cr. 935 (LGS)
VALDIN O'DONNELL,               :

          Defendant.            :

                                :
------------------------- x
```

WHEREAS, with the consent of defendant Valdin O'Donnell, the defendant's guilty plea allocution was taken before the United States Magistrate Judge on February 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         August 11, 2020

                                   _____
                                   LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE