# WHIPPLE AZZARELLO, LLC

Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

February 18, 2020

Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States of America v. Valdin O'Donnell**
**Criminal Case No. 19-CR-00935(LGS)**

Dear Judge Schofield:

I represent Defendant Valdin O'Donnell in connection with the above-captioned matter. Please accept this letter in lieu of a more formal application requesting an adjournment of Mr. O'Donnell's sentencing, currently scheduled for March 16, 2021.

Mr. O'Donnell's sentencing hearing was initially scheduled for December 8, 2020. Due to a delay in the presentence investigation process and with the consent of both parties, Mr. O'Donnell's sentencing hearing was adjourned to March 16, 2021 with Mr. O'Donnell's sentencing submission due on February 22, 2021 and the Government's sentencing submission due on February 25, 2021.

Mr. O'Donnell respectfully requests an adjournment of his sentencing hearing to April 13, 2021 for three reasons. First, Mr. O'Donnell is currently seeking admission to an inpatient substance abuse treatment center, a process he hopes will be complete in the coming weeks. Second, defense counsel is still attempting to obtain certain documents in support of Mr. O'Donnell's sentencing submission and does not anticipate obtaining them until after Mr. O'Donnell's sentencing submission is due on February 22, 2021. Third and finally, United States Probation Officer Johnny Kim has indicated to me that he is seeking permission to file an Amended Final Presentence Investigation Report ("PSR") to correct certain inaccuracies in the current Final PSR. Although we understand that the Amended Final PSR is not required to be disclosed, if possible I would like the opportunity to review the Amended Final PSR before filing Mr. O'Donnell's sentencing submission to ensure the sentencing submission is complete and accurate.

The Government, through Acting United States Attorney Audrey Strauss, (Tara LaMorte, A.U.S.A., appearing) has expressed its consent to an adjournment of Mr. O'Donnell's sentencing date.

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Re:     **United States of America v. Valdin O'Donnell**
        Criminal Case No. 19-CR-00935(LGS)
**February 18, 2020**
**Page 2**

    If Your Honor grants my client's application to adjourn his sentencing hearing to April 13, 2021, please affix your signature in the space indicated below.

    Respectfully submitted,

    **WHIPPLE AZZARELLO, LLC**
    Attorneys for Defendant Valdin O'Donnell

    By:___/s John A. Azzarello_____
        John. A. Azzarello

JAA:wm

cc:    Tara LaMorte, A.U.S.A. (Via Email)
       Johnny Kim, U.S. Probation Officer (Via Email)
       Courtney Defeo, U.S. Pretrial Services Officer (Via Email)
       Mr. Valdin O'Donnell (Via Email)

Application Granted.  Defendant's sentencing hearing is adjourned to **April 15, 2021 at 11:15 a.m**.  Defendant's submission shall be filed by March 22, 2021.  The Government's submission shall be filed by March 25, 2021.  The Clerk of the Court is directed to terminate the letter motion at docket number 48.

Dated: February 24, 2021
New York, New York

    *[signature]*
    **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**