UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,       :
                              Plaintiff,   :
                                         :        19 Cr. 395 (LGS)
               -against-                :
                                         :        <u>REMAND ORDER</u>
VALDIN O'DONNELL,                :
                              Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a bond revocation hearing was held on March 11, 2021.  For the reasons stated on the record, it is hereby,

**ORDERED** that Defendant VALDIN O'DONNELL's bail is **REVOKED.**  It is further,

**ORDERED** that Defendant VALDIN O'DONNELL is hereby remanded to the custody of the United States Marshal and shall surrender to the United States Marshal for this district on **March 16, 2021, no later than 12:00 P.M.**

Dated: March 11, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**