UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,      :
                             Plaintiff,   :
                                               :      19 Cr. 935 (LGS)
             -against-            :
                                               :      <u>ORDER</u>
VALDIN O'DONNELL,                  :
                             Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for April 15, 2021 at 11:10 a.m. It is hereby

**ORDERED** that the sentencing hearing is adjourned to **May 24, 2021, at 10:30 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse.  Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.

Dated: April 14, 2021
       New York, New York

                                                       **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**