**WHIPPLE AZZARELLO, LLC**
Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
**whippleazzarellolaw.com**

**JOHN C. WHIPPLE**
Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey and New York

September 23, 2021

Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 64.

Dated: September 24, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: **United States of America v. Valdin O'Donnell**
**Criminal Case No. 19-CR-00935(LGS)**

Dear Judge Schofield:

I represent Defendant Valdin O'Donnell in connection with the above-captioned matter. Please accept this letter in lieu of a more formal application requesting the Court enter an Order permitting Mr. O'Donnell to retrieve his passport from the Office of Pretrial Services.

On June 3, 2019, the Court entered an Order setting the conditions of pretrial release in Mr. O'Donnell's case, requiring among other things that he surrender all travel documents, including his passport, to Pretrial Services. On May 24, 2021, the Court sentenced Mr. O'Donnell to six (6) months' imprisonment to be followed by three (3) years' supervised release. Mr. O'Donnell completed his prison term and began serving his term of supervised release on September 14, 2021. In contrast to the conditions of pretrial release, the conditions of supervised release imposed by this Court do not require Mr. O'Donnell to surrender his travel documents.

In light of the foregoing, Mr. O'Donnell contacted Pretrial Officer Courtney DeFeo on September 16, 2021 to request the return of his personal property, including his passport. Pretrial Officer DeFeo indicated that before she could release his passport, Mr. O'Donnell would need to obtain an order from this Court stating that Pretrial Services is permitted to return Mr. O'Donnell's travel documents.

The Government (through A.U.S.A. Tara LaMorte) has expressed its consent to such an Order. If Your Honor grants my client's application for an Order permitting him to obtain his travel documents from Pretrial Services, please affix your signature in the space indicated below.

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**

By: /s/ John A. Azzarello
John. A. Azzarello

JAA:wm

cc: Tara LaMorte, A.U.S.A. (Via Email)
Courtney DeFeo, U.S. Pretrial Services Officer (Via Email)
Mr. Valdin O'Donnell (Via Email)

**SO ORDERED**

**HONORABLE LORNA G. SCHOFIELD**
**United States District Judge**